USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/15/26_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLVIN CASTILLO CHAVEZ,

                    Petitioner,

            -against-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT AND U.S. DEPARTMENT
OF HOMELAND SECURITY,

                    Respondents.

ORDER

ANDREW L. CARTER, JR., United States District Judge:

Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the Petition, and in its capacity as Part I Judge, determines that an immediate order is necessary to preserve the Court's jurisdiction pending assignment of the case to a judge of this Court.

Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition, **Petitioner shall not be removed from the United States absent further order of this Court**. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, **Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-

4828, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

This order will remain in effect unless and until it is vacated or modified by the judge who is assigned to this action.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

SO ORDERED.

Dated:    February 15, 2026
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

Part I