UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA POZO, *next friend of* OLVIN CASTILLO
CHAVEZ,

                              Petitioner,

                  -v-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
*et al.*,

                              Respondents.

---

26 Civ. 1301 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 15, 2026, petitioner Olvin Castillo Chavez, via next friend Sandra Pozo,

filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241.  Dkt. 1.  The same day,

the Honorable Andrew L. Carter, Jr., sitting in his Part I capacity, ordered that, absent further

order of this Court, Chavez (1) not be removed from the United States, and (2) not be transferred

outside this District, the Eastern District of New York, or the District of New Jersey.  Dkt. 3.

The Court hereby sets an expedited briefing schedule for the petition.  By **Friday,**

**February 20, 2026**, the U.S. Attorney's Office shall file an answer or other pleadings in

response to the petition.  Petitioner may file reply papers, if any, by **Wednesday, February 25,**

**2026**.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for this District that this Order has issued, including at the following email address:

jeffrey.oestericher@usdoj.gov.

**For avoidance of doubt, all directives in the Order issued by Judge Carter, Dkt. 3,**

**remain in effect unless and until this Court orders otherwise.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 17, 2026
       New York, New York