Case 1:26-cv-01301-PAE   Document 11   Filed 03/02/26   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLVIN CASTILLO CHAVEZ,<br><br>               Petitioner,<br><br>    -v-<br><br>U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT *et al.*,<br><br>           Respondents. | 26 Civ. 1301 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On February 19, 2026, the Government filed a letter, stating that the petition in this action is duplicative of an earlier-filed petition in *Castillo Chavez v. ICE*, No. 26 Civ. 1300 (the "26 Civ. 1300 Action"), which is pending before the Honorable Katherine P. Failla. Dkt. 8. The same day, this Court ordered the petitioner to respond, by February 25, 2026, to the Government's letter, including by stating the petitioner's position on whether this action should be dismissed as duplicative of the 26 Civ. 1300 Action. Dkt. 9 (the "Order"). To date, petitioner has not responded to the Order or the February 19 letter.

Because the petition here is identical to that in the earlier-filed 26 Civ. 1300 Action, the Court hereby dismisses this action as duplicative. *See, e.g.*, *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit."); *First City Nat'l Bank & Trust Co. v. Simmons*, 878 F.2d 76, 79 (2d Cir. 1989) ("well-settled principle in this Circuit" is that the first among overlapping lawsuits "should have priority," absent factors not present here).

For avoidance of doubt, this order does <u>not</u> affect any orders, deadlines, or other directives issued by Judge Failla in the 26 Civ. 1300 Action.

The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2026
New York, New York

2